IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES HEAD | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. JKB-22-00566 |
| CAPTAIN R. RAKOWSKI, JR., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

The Court is in receipt of the parties' most recent Joint Status Report, dated June 3, 2024. (ECF No. 55.) It appears that the parties have engaged in discovery on the question of exhaustion of remedies with respect to Plaintiff's Federal Tort Claims Act ("FTCA") claims since October 2023. (*See* ECF No. 44.) The parties initially estimated that such discovery would take no more than 30 days. (*See id.* at 1.) The Court recognizes that BOP records may not always be stored in a manner conducive to retrieval for litigation, and that discovery in prisoner cases may be more time-consuming than would otherwise be expected. That said, the Court has already extended discovery several times, (ECF Nos. 48, 52, 54), and the parties have now had over seven months to complete discovery on a narrow factual question.

The Court expects that this will be the *final* extension of the period for discovery regarding exhaustion of Plaintiff's FTCA claims. The parties will be directed to file another Joint Status Report within 60 days. Should the parties need further time after 60 days, any such request shall be accompanied by detailed explanation and justification by both parties, explaining why discovery has not yet concluded.

Additionally, the parties advise that Judge Hurson of this Court issued a memorandum and

order in February 2024 in a separate case with some overlapping legal and factual issues, which dismissed with prejudice Plaintiff's claims related to COVID-19 conditions at FCI Cumberland. *Head v. United States*, Civ. No. 22-00238-BAH, 2024 WL 520037 (D. Md. Feb. 9, 2024). Defendants indicate that they "anticipate filing a motion to lift the stay on the COVID-19 claims in the instant action and filing another dispositive motion on those claims." (ECF No. 55 at 2.) Defendants will be directed to file an appropriate dispositive motion with respect to Plaintiff's COVID-19 conditions claims in this case, or explain why such a motion is not be appropriate.

Accordingly, it is ORDERED that:

1. The parties are DIRECTED to file a Joint Status Report within 60 days of the date of this Memorandum and Order. Such Joint Status Report shall either (a) inform the Court that the parties have completed discovery with respect to whether Plaintiff exhausted his administrative remedies before filing his FTCA claim, or (b) explain *in detail* why discovery has not yet been completed, the justifications for the delay, what additional steps are needed for discovery to conclude, and how long those additional steps will take to be accomplished.

2. Defendant is DIRECTED to file an appropriate dispositive motion with respect to Plaintiff's claims relating to COVID-19, or provide a report why such motion would not be warranted, within 60 days of the date of this Order.

DATED this ___5___ day of June, 2024.

BY THE COURT:

/s/ James K. Bredar

James K. Bredar
United States District Judge